Opinion issued August 13, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00755-CV






XAVIER HERNANDEZ BAROCIO, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 133rd District Court

 Harris County, Texas

Trial Court Cause No. 2007-34682






MEMORANDUM OPINION Appellant Xavier Hernandez Barocio has failed to timely file a brief. See Tex.
R. App. P. 38.8(a) (failure of appellant to file brief). After being notified that this
appeal was subject to dismissal, appellant did not adequately respond. See Tex. R.
App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Jennings, Alcala, and Higley.